UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| HARVEY, ANTHONY M | § | Case No. 10-54623 |
| KIRK, AMBER N | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 02/14/2012 in Courtroom 642,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/06/2012        By: /s/ Barry A. Chatz, Trustee
                                    Barry A. Chatz, Trustee

BARRY A. CHATZ
120 S. RIVERSIDE PLAZA
SUITE 1200
CHICAGO, IL 60606-0000

UST Form 101-7-NFR (5/1/2011) (Page: 1)

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                             Case No. 10-54623-SPS
Anthony M Harvey                                                   Chapter 7
Amber N Kirk
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: gbeemster             Page 1 of 3                  Date Rcvd: Jan 09, 2012
                               Form ID: pdf006             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2012.
db/jdb        +Anthony M Harvey,    Amber N Kirk,    7723 S Ridgeland Ave,     Chicago, IL 60649-4505
16529484      +All Florida Finance,    6363 East Colonial Dr,    Orlando, FL 32807-3648
16529485      +Allied Credit/Alliance One,    Attn: Bankruptcy,    Po Box 2449,     Gig Harbor, WA 98335-4449
16529486      +Ameristar Financial Co,    1425 Tri State Par,    Gurnee, IL 60031-9120
16529488      +Central State Recovery,    1314 N Main St,    Hutchinson, KS 67501-4002
16529489      +Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
16529490      +Cnac/fl137,    6363 E Colonial Dr,    Orlando, FL 32807-3648
16529491      +Collection,    700 Longwater Dr,    Norwell, MA 02061-1796
16529494      +Crd Prt Asso,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
16529495      +Credit Management,    4200 International Pwy,    Carrolton, TX 75007-1912
16529497      +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
16529503      +NCO,    Po Box 790113,    St. Louis, MO 63179-0113
16529504      +Nco Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
16529505      +Nco/inovision-medclr,    Attn: Bankruptcy,    507 Prudential Rd,     Horsham, PA 19044-2308
16529507      +Pentagroupfi,    5959 Corporate Dr Ste 14,    Houston, TX 77036-2302
16529508      +Pinnacle Credit Serivc,    Po Box 640,    Hopkins, MN 55343-0640
16529509      +Rmb, Inc,    409 Bearden Park Cir,    Knoxville, TN 37919-7448
16529511      +Us Dept Of Education,    Attn: Borrowers Service Dept,     Po Box 5609,    Greenville, TX 75403-5609
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16529483      +E-mail/Text: bankruptcynotices@aisservicesllc.com Jan 10 2012 05:13:33      Ais Services,
                50 California St,    San Francisco, CA 94111-4619
16529487      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jan 10 2012 04:03:55      Asset Acceptance,
                Po Box 2036,    Warren, MI 48090-2036
16529492      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 10 2012 04:37:40      Collection,
                Po Box 9136,    Needham, MA 02494-9136
16529493      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 10 2012 04:37:40
                Collection/Credit Collection services,     Po Box 9133,    Needham, MA 02494-9133
17774865       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
16529496      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03      Discover Fin,    Po Box 6103,
                Carol Stream, IL 60197-6103
18057582      +E-mail/Text: bankruptcynotices@fifsg.com Jan 10 2012 05:14:22
                First Investors Servicing Corporation,    380 Interstate North Parkway STE 400,
                Atlanta, GA 30339-2222
16529498      +E-mail/Text: resurgentbknotifications@resurgent.com Jan 10 2012 03:20:13      Lvnv Funding Llc,
                Po Box 740281,    Houston, TX 77274-0281
16529499      +E-mail/Text: bankruptcynotices@fifsg.com Jan 10 2012 05:14:23
                Marquette Consumer Fin/First Investors F,    First Investors Financial Service,    Po Box 740512,
                Atlanta, GA 30374-0512
16529500      +E-mail/Text: brenden.magnino@mcmcg.com Jan 10 2012 04:04:03      Midland Credit Management,
                Po Box 939019,    San Diego, CA 92193-9019
16529501      +Fax: 847-227-2151 Jan 10 2012 03:48:50      Mrsi,    2250 E Devon Ave Ste 352,
                Des Plaines, IL 60018-4521
16529502      +E-mail/Text: BK@nationalcreditsolutions.net Jan 10 2012 04:58:03      National Credit Soluti,
                Po Box 15779,    Oklahoma City, OK 73155-5779
16529506      +E-mail/Text: electronicbkydocs@nelnet.net Jan 10 2012 05:31:59      Nelnet Lns,
                Attention: Claims,    Po Box 17460,    Denver, CO 80217-0460
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16529510     ##+Sterling & King Inc,    500 Sr 436 Ste 2074,    Casselberry, FL 32707-5343
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: gbeemster           Page 2 of 3                Date Rcvd: Jan 09, 2012
                              Form ID: pdf006           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2012**                              **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: gbeemster            Page 3 of 3                  Date Rcvd: Jan 09, 2012
                              Form ID: pdf006            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2012 at the address(es) listed below:
              Barry A Chatz    bachatz@arnstein.com,
               bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
              Christina M Riepel    on behalf of Trustee Barry Chatz gstern2@flash.net
              Gregory K Stern    on behalf of Trustee Barry Chatz gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              James  Hausler    on behalf of Trustee Barry Chatz james.e.hausler@gmail.com
              M. Gretchen Silver     on behalf of U.S. Trustee Patrick Layng ustpregion11.es.ecf@usdoj.gov,
               gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;keith.manikowski@usdoj.gov
              Monica C O'Brien    on behalf of Trustee Barry Chatz gstern1@flash.net
              Patrick F Ross    on behalf of Interested Party   Computer Systems Institute, Inc. pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;jruskusky@uhlaw.com;np
               ark@uhlaw.com;keedeus@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda     on behalf of Interested Party   Computer Systems Institute, Inc.
               rsalsterda@uhlaw.com
              Sean P Fleming    on behalf of Debtor Anthony Harvey info@afreshstartnow.net
                                                                                             TOTAL: 10