UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HARVEY, ANTHONY M § Case No. 10-54623
KIRK, AMBER N §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ais Services 50 California St San Francisco, CA 94111 | | | | | |
| | All Florida Finance 6363 East Colonial Dr Orlando, FL 32807 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | Allied Credit/Alliance One Attn: Bankruptcy Po Box 2449 Gig Harbor, WA 98335 | | | | | |
| | Ameristar Financial Co 1425 Tri State Par Gurnee, IL 60031 | | | | | |
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Central State Recovery 1314 N Main St Hutchinson, KS 67501 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | | | | |
| | Cnac/fl137 6363 E Colonial Dr Orlando, FL 32807 | | | | | |
| | Collection 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Collection Po Box 9136 Needham, MA 02494 | | | | | |
| | Collection/Credit Collection services Po Box 9133 Needham, MA 02494 | | | | | |
| | Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | | | | |
| | Credit Management 4200 International Pwy Carrolton, TX 75007 | | | | | |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Marquette Consumer Fin/First Investors F First Investors Financial Service Po Box 740512 Atlanta, GA 30374 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | | | | |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | | | | |
| | NCO Po Box 790113 St. Louis, MO 63149 | | | | | |
| | National Credit Soluti Po Box 15779 Oklahoma City, OK 73155 | | | | | |
| | Nco Financial Systems 507 Prudential Rd Horsham, PA 19044 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nco/inovision-medclr Attn: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | Nco/inovision-medclr Attn: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | | | | |
| | Nelnet Lns Attention: Claims Po Box 17460 Denver, CO 80217 | | | | | |
| | Pentagroupfi 5959 Corporate Dr Ste 14 Houston, TX 77036 | | | | | |
| | Pinnacle Credit Serivc Po Box 640 Hopkins, MN 55343 | | | | | |
| | Rmb, Inc 409 Bearden Park Cir Knoxville, TN 37919 | | | | | |
| | Sterling & King Inc 500 Sr 436 Ste 2074 Casselberry, FL 32707 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIRST INVESTORS SERVICING CORPORATI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No: 10-54623 SPS Judge: SUSAN PIERSON SONDERBY  Trustee Name: BARRY A. CHATZ
Case Name: HARVEY, ANTHONY M  Date Filed (f) or Converted (c): 12/10/10 (f)
KIRK, AMBER N  341(a) Meeting Date: 01/07/11
For Period Ending: 05/02/12  Claims Bar Date: 12/05/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 2. Financial Accounts | 500.00 | 0.00 | DA | 0.00 | FA |
| 3. Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 6. Furs and Jewelry | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Liquidated Claims | 4,300.00 | 0.00 | DA | 0.00 | FA |
| 8. Vehicles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9. Vehicles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. LITIGATION (u) AMBER N. KIRK V. COMPUTER SYSTEMS INSTITUTE, INC. SETTLEMENT - 2011-CV-1852 | 0.00 | 16,750.00 | DA | 2,489.66 | FA |
| 11. LITIGATION (u) AMBER N. KIRK V. COMPUTER SYSTEMS INSTITUTE, INC. SETTLEMENT - 2011-CV-1852 - NON-WAGES PORTION | 0.00 | 13,750.00 | DA | 13,750.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 0.21 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)  $12,200.00  $30,500.00  $16,239.87  $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED 1/6/12; SCHEDULED FOR HEARING 2/14/12.

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/12

LFORM1  Ver: 16.06a
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-54623   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name:   BARRY A. CHATZ |
| Case Name: | HARVEY, ANTHONY M | Date Filed (f) or Converted (c):   12/10/10 (f) |
| | KIRK, AMBER N | 341(a) Meeting Date:   01/07/11 |
| | | Claims Bar Date:   12/05/11 |

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-54623 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | HARVEY, ANTHONY M | | Bank Name: | BANK OF AMERICA, N.A. |
| | KIRK, AMBER N | | Account Number / CD #: | *******7552  BofA - Money Market Account |
| Taxpayer ID No: | *******3777 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/18/11 | 10 | COMPUTER SYSTEMS INSTITUTE<br>8930 GROSS POINT ROAD<br>SKOKIE, IL 60077 | LITIGATION SETTLEMENT | 1249-000 | 2,489.66 | | 2,489.66 |
| 10/18/11 | 11 | COMPUTER SYSTEMS INSTITUTE<br>8930 GROSS POINT ROAD<br>SKOKIE, IL 60077 | LITIGATION SETTLEMENT | 1249-000 | 13,750.00 | | 16,239.66 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 16,239.71 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,239.84 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.02 | 16,219.82 |
| 12/08/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 16,219.85 |
| 12/08/11 | | Transfer to Acct #*******7604 | Final Posting Transfer | 9999-000 | | 16,219.85 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,239.87 | 16,239.87 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 16,219.85 | |
| Subtotal | 16,239.87 | 20.02 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 16,239.87 | 20.02 | |

Page Subtotals    16,239.87    16,239.87

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-54623 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | HARVEY, ANTHONY M | Bank Name: | BANK OF AMERICA, N.A. |
| | KIRK, AMBER N | Account Number / CD #: | *******7604 BofA - Checking Account |
| Taxpayer ID No: | *******3777 | | |
| For Period Ending: | 05/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/08/11 | | Transfer from Acct #*******7552 | Transfer In From MMA Account | 9999-000 | 16,219.85 | | 16,219.85 |
| 01/20/12 | | Transfer to Acct #*******4315 | Bank Funds Transfer | 9999-000 | | 16,219.85 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 16,219.85 | 16,219.85 | 0.00 |
| Less: Bank Transfers/CD's | 16,219.85 | 16,219.85 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    16,219.85    16,219.85

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-54623 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | HARVEY, ANTHONY M | | Bank Name: | Congressional Bank |
| | KIRK, AMBER N | | Account Number / CD #: | *******4315  Checking Account |
| Taxpayer ID No: | *******3777 | | | |
| For Period Ending: | 05/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7604 | Bank Funds Transfer | 9999-000 | 16,219.85 | | 16,219.85 |
| 03/16/12 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | | | 2,452.17 | 13,767.68 |
| | | | Fees           2,373.99 | 2100-000 | | | |
| | | | Expenses          78.18 | 2200-000 | | | |
| 03/16/12 | 003002 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60604 | Claim 00003, Payment 100.00%<br>ATTORNEY FOR TRUSTEE | | | 9,000.70 | 4,766.98 |
| | | | Fees           8,960.50 | 3210-000 | | | |
| | | | Expenses          40.20 | 3220-000 | | | |
| 03/16/12 | 003003 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000001, Payment 58.59% | 7100-000 | | 1,640.99 | 3,125.99 |
| 03/16/12 | 003004 | FIRST INVESTORS SERVICING CORPORATION<br>380 INTERSTATE NORTH PARKWAY STE 400<br>ATLANTA, GA 30339 | Claim 000002, Payment 58.59% | 7100-000 | | 3,125.99 | 0.00 |

Page Subtotals      16,219.85      16,219.85

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2 Page: 4
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-54623 | |
| Case Name: | HARVEY, ANTHONY M | |
| | KIRK, AMBER N | |
| Taxpayer ID No: | *******3777 | |
| For Period Ending: | 05/02/12 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******4315  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 16,219.85 | 16,219.85 | 0.00 |
| | | | Less:  Bank Transfers/CD's | 16,219.85 | 0.00 | |
| | | | Subtotal | 0.00 | 16,219.85 | |
| | | | Less:  Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 16,219.85 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********7552 | 16,239.87 | 20.02 | 0.00 |
| BofA - Checking Account - ********7604 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4315 | 0.00 | 16,219.85 | 0.00 |
| | 16,239.87 | 16,239.87 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.06a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*